UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAYMOND WARREN,
    Plaintiff,

v.

WARDEN SOLANO STATE PRISON,
    Defendant.

Case No. 18-cv-01447-RS (PR)

**ORDER REOPENING ACTION**

Plaintiff's motion to reopen this action is GRANTED because he has filed a complete application to proceed *in forma pauperis*. (Dkt. No. 17.) The judgment and the order of dismissal are VACATED. (Dkt. Nos. 14 and 15.)

On or before **December 3, 2018**, plaintiff shall file an amended complaint. The new complaint must include the caption and civil case number used in this order (18-01447 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his first amended complaint **all** the claims he wishes to present and **all** of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may **not** incorporate material from the prior complaint by reference. The complaint must also appear on this Court's form, a copy of which will be sent to him. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

    <u>**No extensions of time will be granted.**</u> The Clerk shall terminate Dkt. No. 17.

    **IT IS SO ORDERED.**

**Dated:** October 23, 2018

_____
RICHARD SEEBORG
United States District Judge